McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744




FILED

DEC 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS BONILLA,<br><br>　　　　Defendant. | No. 08-MJ-0196 GGH<br><br>MOTION TO DISMISS COMPLAINT AND WITHDRAW WARRANT;<br>[proposed] ORDER |

　　For the reasons set forth below, the United States requests that the Court dismiss the above-referenced complaint, as well as withdraw the arrest warrant which issued with the complaint.

　　On May 30, 2008, the Honorable Gregory G. Hollows signed a complaint and authorized an arrest warrant for Carlos Bonilla for violating Title 18, United States Codes, Section 1708, Possession of Stolen Mail.

　　Before the above-referenced warrant was executed, Carlos Bonilla

1

was arrested by State authorities for a parole violation. He was subsequently charged by the Sacramento County District Attorney's Office for conduct which included that which underlies the above-referenced complaint. Mr. Bonilla is currently in custody on the basis of those charges, which remain pending.

Pursuant Federal Rule of Criminal Procedure 48, and for the reasons set forth above, the government hereby moves the Court for an order dismissing the complaint in case 08-MJ-0196 GGH. The government also respectfully requests that the arrest warrant issued in that case be withdrawn.

DATED: December 17, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

ORDER

Upon application of the United States and Good Cause having been shown, IT IS HEREBY ORDERED that the complaint issued in case no. 08-MJ-0196 GGH is hereby DISMISSED. The Court further ORDERS that the arrest warrant issued in case no. 08-MJ-0196 GGH be WITHDRAWN.

Date: 12-17-08

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE